1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA
8

9  SUN MICROSYSTEMS INC.,              No. C 08-01186 JCS

10         Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                      **UNITED STATES MAGISTRATE JUDGE**
11      v.

12  SOLARIS COMPUTER SYSTEM INC.,

13         Defendant(s).
                                    /
14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 2, 2008

_____
Signature   KIMBERLY I. CULP

Counsel for PLAINTIFF SUN MICROSYSTEMS
(Plaintiff, Defendant or indicate "pro se")