1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   *jwakefield@fenwick.com*
2  KIMBERLY CULP (CSB No. 238839)
   *kculp@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLARIS COMPUTER SYSTEM, INC., a Michigan corporation,<br><br>Defendant. | Case No.  CV 08 1186 JCS<br><br>**NOTICE RE ADR CERTIFICATION AND ADR PROCESS SELECTION** |

The parties in this case have engaged in settlement discussions and have agreed upon the terms of a final settlement agreement.  Pursuant to the terms of that settlement, the parties expect to file with the Court a stipulated injunction and proposed order on May 20, 2008.  Based on this resolution and the forthcoming papers which will dispose of this matter, Plaintiff respectfully submits that there does not appear to be a need to refer the matter to any form of alternative dispute resolution pursuant to Local Rule 16-8.

Dated: May 16, 2008                                            FENWICK & WEST LLP


                                                               By:          /s/
                                                                       Kimberly I. Culp

                                                               Attorneys for Plaintiff
                                                               Sun Microsystems, Inc.