1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   *jwakefield@fenwick.com*
2  KIMBERLY CULP (CSB No. 238839)
   *kculp@fenwick.com*
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   SUN MICROSYSTEMS, INC.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | SUN MICROSYSTEMS, INC., a Delaware corporation, | Case No. CV 08 1186 JCS |
12 | | **STIPULATION FOR PERMANENT INJUNCTION AND FINAL ORDER** |
13 | Plaintiff, | |
14 | v. | |
15 | SOLARIS COMPUTER SYSTEM, INC., a Michigan corporation, | |
16 | Defendant. | |

17

18     WHEREAS, Plaintiff Sun Microsystems, Inc. ("Sun") is in the business of, among other

19 things, designing, manufacturing and distributing computer systems and software, and providing

20 related goods and services;

21     WHEREAS, Sun has used and promoted the mark SOLARIS in connection with computer-

22 related products and services since at least 1991;

23     WHEREAS, Sun holds a federal registration, registration number 1,648,740, on the

24 SOLARIS mark issued in Class 9 for computers, computer displays, computer disk drives and

25 computer peripherals, and also owns other registrations for the SOLARIS mark, including

26 registration numbers 1,863,585 (for computer operating system and utility software), 2,778,104

27 (for, among other things, computer services including consultation and advisory services related to

28

1  the development, design, implementation and use of computer hardware), and 3,230,758 (for
2  arranging and conducting trade shows in the field of computer technology);
3      WHEREAS, Sun has used the SOLARIS mark to denote computer hardware, software and
4  related services, and Internet-related products and services;
5      WHEREAS, the SOLARIS mark has been promoted extensively by Sun and enjoys
6  widespread recognition and use, and has become well known among consumers and users of
7  computer systems, software and services as identifying designations for a variety of Sun products
8  and services, and Sun has developed substantial goodwill in the SOLARIS mark;
9      WHEREAS, Defendant Solaris Computer System, Inc., doing business under the name
10 "Solaris Computer Systems," ("SCS") is a Michigan corporation in the business of selling
11 computer hardware and providing computer services;
12     WHEREAS, in 2007 SCS began using the name and mark SOLARIS COMPUTER
13 SYSTEMS in connection with the sale of computer hardware and the provision of computer
14 services, including consulting and advisory services related to the design, implementation and use
15 of computer hardware;
16     WHEREAS, SCS registered the Internet domain name *solaris-pc.com* on or about
17 September 8, 2007 and launched its website *www.solaris-pc.com* on or about October 21, 2007;
18     WHEREAS, on February 28, 2008, Sun commenced this action for trademark infringement
19 and related federal and state law claims against SCS;
20     WHEREAS, the parties have been able to reach an agreement resolving the present
21 controversy;
22     WHEREAS, the parties now desire to enter into a stipulation and order for permanent
23 injunction to be entered by this Court;
24     IT IS HEREBY STIPULATED, by and between counsel for Sun and SCS, who have been
25 authorized to execute this Stipulation for Permanent Injunction and Final Order on their
26 respective clients' behalf, that SCS and each of its representatives, agents, servants, employees,
27 officers, directors, partners, attorneys, subsidiaries, parents, and any and all persons under its
28 control or in active concert or participation with them who receive actual notice of this injunction,

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

are hereby permanently enjoined and restrained from the following activities:

1. Using the name or mark SOLARIS COMPUTER SYSTEMS, and any trade name, trademark, service mark, slogan, title, Internet domain name, and/or other designation comprised in whole or in part of the word SOLARIS, any colorable imitation thereof, or any confusingly similar name, mark, trade name, or designation, regardless of stylization, design or device;

2. Using Sun trademarks, including Sun's "SOLARIS" trademark, or any reproduction, counterfeit, copy or colorable imitation of such trademarks, in any manner likely to cause others to believe that any product or service that SCS advertises, displays or offers is connected or associated with or approved, sponsored or endorsed by Sun;

3. Committing any other acts calculated to cause purchasers to believe that SCS's products or services are Sun's SOLARIS-branded products or services, or are connected or associated with or approved, sponsored or endorsed by Sun;

**IT IS FURTHER STIPULATED THAT:**

7. Within 3 business days of the entry of this Order, if it has not previously done so, SCS shall transfer or cause to be transferred to Sun the *www.solaris-pc.com* domain name.

8. The Court reserves and shall retain jurisdiction on all matters relating to this injunction, including the performance thereof and compliance therewith.

**IT IS FURTHER STIPULATED** that upon entry of the above Stipulation for Permanent Injunction as an Order of the Court, the above-captioned action shall be concluded and no further action will be taken or will be necessary, except and unless Sun is required to seek the Court's assistance to enforce this Order. Each party shall bear its own costs and attorneys' fees in connection with this action.

| | | |
|---|---|---|
| 1 | Dated: May 15, 2008 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jedediah Wakefield |
| 5 | | Attorneys for Plaintiff<br>Sun Microsystems, Inc. |
| 6 | | |
| 7 | Dated: May 12, 2008 | THE LANDAU GROUP LLC |
| 8 | | |
| 9 | | By: _____<br>Kevin Landau |
| 10 | | Attorneys for Defendant<br>Solaris Computer System, Inc. |
| 11 | | |
| 12 | | |
| 13 | IT IS SO ORDERED | |
| 14 | | |
| 15 | By: | |
| 16 | | _____<br>Honorable Joseph C. Spero<br>United States Magistrate Judge |
| 17 | 26536/00400/LIT/1281901.1 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO