KEVIN LANDAU, ESQ.
kevinlandau@msn.com
THE LANDAU GROUP
104 W. 4th Street, Suite 203
Royal Oak, Michigan 48067
Telephone:    (248) 543-3962
Facsimile:    (248) 671-0884

Attorneys for Defendant
SOLARIS COMPUTER SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLARIS COMPUTER SYSTEM, INC., a Michigan corporation,<br><br>Defendant. | Case No. CV 08 1186 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party in the above-caption civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from Kevin Landau.

Dated: May 21 2008                                  */s/ Jedediah Wakefield*
                                                                    Jedediah Wakefield
                                                                    Attorneys for Plaintiff SUN MICROSYSTEMS, INC.


Dated: May 21 2008                     By:        */s/ Kevin Landau*
                                                                    Kevin Landau
                                                                    Attorneys for Defendant SOLARIS COMPUTER SYSTEM, INC.