JEDEDIAH WAKEFIELD (CSB No. 178058)
*jwakefield@fenwick.com*
KIMBERLY CULP (CSB No. 238839)
*kculp@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLARIS COMPUTER SYSTEM, INC., a Michigan corporation,<br><br>Defendant. | Case No. CV 08 1186 JCS<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Sun Microsystems, Inc. hereby dismisses the above-captioned action without prejudice. This dismissal is subject to the May 22, 2008 Stipulation for a Permanent Injunction and Final Order (Docket 12), pursuant to which the Court reserved and retains jurisdiction on all matters relating to that injunction, including the performance thereof and compliance therewith.

Dated: June 5, 2008                     FENWICK & WEST LLP


                                        By: /s/ JEDEDIAH WAKEFIELD
                                                Jedediah Wakefield

                                        Attorneys for Plaintiff
                                        Sun Microsystems, Inc.

26536/00400/LIT/1286347.1